```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TC INFOTECH (USA), INC.,              :
                                      :   25cv2634(DLC)
                     Plaintiff,       :
          -v-                         :   ORDER
                                      :
TEAM INDUSTRIAL SERVICES, INC.,       :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 12, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         November 10, 2025

                                  _____
                                           DENISE COTE
                                  United States District Judge